# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1237
Lower Tribunal No. F14-700
_____

**Edward R. Brown,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Edward R. Brown, in proper person.

Ashley Moody, Attorney General, for respondent.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Petition dismissed.  See Mitchell v. State, 327 So.3d 411, 412 (Fla. 3d DCA 2021) ("Petitioner cannot seek relief on an issue adjudicated by

this Court by recasting what would be a successive (or otherwise improper) postconviction collateral appeal as a habeas corpus petition.").